**Djiby NAM, Plaintiff-Appellant,**

v.

**2012, INC., d/b/a College Park Exxon, Defendant-Appellee.**

No. 17-2188

United States Court of Appeals, Fourth Circuit.

Submitted: February 15, 2018

Decided: February 16, 2018

Djiby Nam, Appellant Pro Se. Charles H. Fleischer, OPPENHEIMER, FLEISCHER & QUIGGLE, PC, Bethesda, Maryland, for Appellee.

Before WILKINSON, FLOYD, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Djiby Nam appeals the district court's order dismissing his civil action as barred by res judicata. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Nam v. 2012, Inc.*, No. 8:17-cv-01749-PX, 2017 WL 6398782 (D. Md. Sept. 25, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*